# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE WILSON, JR., | Case No. 1:14-cv-01494-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS |
| v. | (Doc. 14) |
| SHAW, et al., | |
| Defendants. | |

Plaintiff Michael Eugene Wilson, Jr., a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 2, 2014. On April 15, 2015, Plaintiff filed a notice of change of address to Central City, Colorado and stated he was awaiting transfer from California State Prison-Corcoran to Los Angeles County Jail for a hearing set for April 16, 2015, pursuant to Proposition 47, which had the effect of reducing penalties for some crimes.[1] Plaintiff is no longer locatable by his name or identification number through the California Department of Corrections and Rehabilitation's Inmate Locator website.[2] Therefore, as Plaintiff is no longer in state custody and he has provided the Court with an out-of-

---

[1] http://www.sos.ca.gov/elections/prior-elections/statewide-election-results/general-election-november-4-2014/.  The Court may take judicial notice of publically available information on government websites. Fed. R. Evid. 201; *Daniels-Hall v. National Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010). *In re Yahoo Mail Litigation*, 7 F.Supp.3d 1016, 1024 (N.D.Cal. 2014) (citing *Caldwell v. Caldwell*, No. C 05-4166 PJH, 2006 WL 618511, at *4 (N.D.Cal. 2006) and *Wible v. Aetna Life Ins. Co.*, 375 F.Supp.2d 956, 965 (C.D.Cal. 2005)).

[2] http://inmatelocator.cdcr.ca.gov/search.aspx.

custody address on April 15, 2015, the Clerk's Office is HEREBY DIRECTED to change his address of record to the following:

> Michael Eugene Wilson, Jr.
> P. O. Box 611
> Central City, CO 80427

IT IS SO ORDERED.

Dated:   **May 11, 2015**                          **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE