1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

10    MICHAEL EUGENE WILSON, JR.,      Case No. 1:14-cv-01494-SKO (PC)

11          Plaintiff,      ORDER DENYING MOTION

12       v.      (Doc. 12)

13    SHAW, et al.,

14         Defendants.

_____/

15
16       Plaintiff Michael Eugene Wilson, Jr., a former state prisoner proceeding pro se and in

17 forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 2, 2014.

18 On March 5, 2015, Plaintiff, who was at that time incarcerated at California State Prison-

19 Corcoran, filed a motion seeking law library access and a medical transfer.  Because Plaintiff is no

20 longer in custody, his motion for relief concerning prison conditions at California State Prison-

21 Corcoran is moot and is HEREBY DENIED on that ground.  *Alvarez v. Hill*, 667 F.3d 1061, 1063-

22 64 (9th Cir. 2012); *Dilley v. Gunn*, 64 F.3d 1365, 1368 (9th Cir. 1995).

23
24
IT IS SO ORDERED.

25
26    Dated: __**May 11, 2015**__          _____**/s/ Sheila K. Oberto**_____

                                      UNITED STATES MAGISTRATE JUDGE

27
28